# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JEAN COULTER, | : | No. 5 WM 2016 |
| Petitioner | : | |
| v. | : | |
| SUPERIOR COURT OF PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

    Justices Eakin and Wecht did not participate in the consideration or decision of this matter.